# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DR. JAMES STENHOUSE

VERSUS

LOUISIANA WOMEN'S HEALTHCARE
ASSOCIATES, L.L.C., ET AL.

<u>CONSOLIDATED WITH</u>

DR. JAMES STENHOUSE

VERSUS

KIM SANGARI AND RICK
CAPDEVIELLE, ET AL.

**JANUARY 18, 2024**

---

In Re:    Drs. Curtis Solar, Nicolle Hollier, Ryan Dickerson, Rebecca Boudreaux, Sunshine Willett, Sarah Davis, Julie Martin, Jill Bader, Allyson Boudreaux, Shawn Kleinpeter, Charles Lawler, Nicole Chauvin, Lisa Gautreau, Laurie Whitaker, Lauren Sanders, Jay Parenton, Theresa Brignac, Lin Dang, Pamela Lewis, Amanda Pearson and Britani Bonadona, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 715940 c/w 716906.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT GRANTED.** The portion of the trial court's November 8, 2023 judgment that denied the exception of no cause of action filed by Dr. Curtis Solar, Dr. Nicolle Hollier, Dr. Ryan Dickerson, Dr. Rebecca Boudreaux, Dr. Sunshine Willett, Dr. Sarah Davis, Dr. Julie Martin, Dr. Jill Bader, Dr. Allyson Boudreaux, Dr. Shawn Kleinpeter, Dr. Charles Lawler, Dr. Nicole Chauvin, Dr. Lisa Gautreau, Dr. Laurie Whitaker, Dr. Lauren Sanders, Dr. Jay Parenton, Dr. Theresa Brignac, Dr. Lin Dang, Dr. Pamela Lewis, Dr. Amanda Pearson, and Dr. Britani Bonadona (collectively "New Members"), is reversed.   The elements necessary to establish a claim for unjust enrichment are: (1) there must be an enrichment, (2) there must be an impoverishment, (3) there must be a connection between the enrichment and resulting impoverishment, (4) there must be an absence of "justification" or "cause" for the enrichment and impoverishment, and (5) there must be no other remedy at law available to plaintiff. **Baker v. Maclay Properties Co.**, 94-1529 (La. 1/17/95), 648 So.2d 888, 897.   Pursuant to La. Civ. Code art. 2298, the remedy of unjust enrichment is subsidiary in nature, and shall not be available if the law provides another remedy. **Walters v. MedSouth Rec. Mgmt., LLC**, 2010-0353 (La. 6/4/10), 38 So.3d 243, 244 (*per curiam*).   In these consolidated cases, plaintiff, Dr. James Stenhouse, has alleged multiple claims against Louisiana Women's Healthcare Associates, L.L.C. and Kim Sangari, Rick Capdevielle, Dr. Frank W. Breaux, and Dr. Michael Perniciaro, including those of breach of contract and violation of the Louisiana Unfair Trade Practices Act. Therefore, as Dr. Stenhouse has an adequate remedy based on these claims, he fails to state a cause of action against the New Members for unjust enrichment.   <u>See</u> **Calloway v. Lobrano,**

2016-1170 (La. App. 1st Cir. 4/12/17), 218 So.3d 644, 649; **Carriere v. Bank of Louisiana,** 95-3058 (La. 12/13/96), 702 So.2d 648 (on rehearing). Accordingly, the New Members' exception of no cause of action is granted, and Dr. James Stenhouse's claims against defendants, Dr. Curtis Solar, Dr. Nicolle Hollier, Dr. Ryan Dickerson, Dr. Rebecca Boudreaux, Dr. Sunshine Willett, Dr. Sarah Davis, Dr. Julie Martin, Dr. Jill Bader, Dr. AllYson Boudreaux, Dr. Shawn Kleinpeter, Dr. Charles Lawler, Dr. Nicole Chauvin, Dr. Lisa Gautreau, Dr. Laurie Whitaker, Dr. Lauren Sanders, Dr. Jay Parenton, Dr. Theresa Brignac, Dr. Lin Dang, Dr. Pamela Lewis, Dr. Amanda Pearson and Dr. Britani Bonadona, are dismissed with prejudice.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
FOR THE COURT